[No. 42642-1-II.   Division Two.   March 12, 2013.]

CHARLES J. NAKANO, *Appellant*, v. DEPARTMENT OF LABOR & INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Lewis County, No. 10-2-01649-8, James W. Lawler, J., entered September 22, 2011. *Affirmed* by unpublished opinion per Bjorgen, J., concurred in by Worswick, C.J., and Hunt, J.

[No. 42666-8-II.   Division Two.   March 12, 2013.]

MICHAEL O. MATTHEWS ET AL., *Appellants*, v. T. & T. LARSON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Wahkiakum County, No. 08-2-00071-0, Michael J. Sullivan, J., entered September 14, 2011. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Hunt, J., concurred in by Johansen, A.C.J., and Bjorgen, J.

[No. 42755-9-II.   Division Two.   March 12, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN PRESTON, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-2-01554-7, Christine A. Pomeroy, J., entered October 21, 2011. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Van Deren and Penoyar, JJ.

[Nos. 42827-0-II; 42846-6-II.   Division Two.   March 12, 2013.]

DUBLIN DOWN, LLC, ET AL., *Respondents*, v. THE WASHINGTON STATE LIQUOR CONTROL BOARD, *Appellant*.

Appeals from a judgment of the Superior Court for Clark County, No. 10-2-04132-3, Robert A. Lewis J., entered October 26, 2011. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Worswick, C.J., and Quinn-Brintnall, J.